IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DEBORAH K. SALLADE,** | ) | **CASE NO.: 14-20183** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Comes now Kenneth A. Manning, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-incaptioned Debtor, having been appointed on January 29, 2014.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, I anticipate estate assets and will have approximately $1,500.00 as a result of said activities.

3. The above monies will be deposited in a certain account at Rabobank, N.A..

4. Pursuant to Federal Rule of Bankruptcy Procedure 3002 (c) (5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

/s/ Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
219-865-8376

CERTIFICATE OF SERVICE

I, hereby certify that on April 9, 2014, service of a true and complete copy of the above document was served by:

**Electronic Notice:**
United States Trustee – ustregion10.soecf@usdoj.gov
Daniel W. Matern - dmatern@mm-bklaw.com
**And by regular mail upon:**
Deborah K Sallade, 1606 Lake Ave., Whiting, IN 46394

/s/ Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee