IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DEBORAH K. SALLADE,** | ) | CASE NO.: 14-20183 |
| | ) | |
| Debtor. | ) | Chapter 7 |

### ORDER

This cause came to be heard on Trustee's Motion for Turnover of requested documents and estate assets; notice of said Motion and Opportunity to Object were provided by movant; and the Court being duly advised in the premises, and now finds that said Motion should be granted and, therefore it is

**ORDERED** that the Debtor turnover to Kenneth A. Manning, Trustee, the following:

Debtor turnover 2013 Federal and State Tax Refunds in the amount of $1,472.00.

**IT IS FURTHER ORDERED** that in the event the Debtor fails to comply with the Order, Trustee may follow the appropriate procedure to Object to or Revoke Discharge.

SO ORDERED this 2nd day of May, 2014.

_____
**JUDGE, U.S. BANKRUPTCY COURT**

**DISTRIBUTION:**
U.S. Trustee, 555 One Michiana Square, South Bend, IN 46601
Kenneth A. Manning, Trustee, Manning & Gonzalez, P.C. 200 Monticello Dr., Dyer, IN 46311
Daniel W. Matern, Attorneys at Law, 1559 East 85th Ave., Merrillville, IN 46410
Deborah K Sallade, 1606 Lake Ave., Whiting, IN 46394